976 So.2d 1274 (2008)
STATE of Louisiana
v.
Ronald J. MARTIN a/k/a Ronald James Martin a/k/a Michael Martin a/k/a Ryan J. Martin.
No. 2008-KK-0404.
Supreme Court of Louisiana.
February 22, 2008.
In re Martin, Ronald J. a/k/a; Martin, Ronald James a/k/a; Martin, Michael a/k/a; Martin, Ryan J.;  Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. H, No. 470-487; to the Court of Appeal, Fourth Circuit, No. 2008-K-193.
Writ denied.
CALOGERO, C.J., would grant the writ.
KIMBALL, J., would grant the writ.